UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASENO.10-22140-CIV-UNGARO
MAGISTRATE JUDGE P. A. WHITE

ANTONIO DEWYANE HILL,         :

    Plaintiff,                :

v.                            :        <u>REPORT OF</u>
                                       <u>MAGISTRATE JUDGE</u>
JUDGE JAMES MCCANIN, et al.,  :

    Defendants.               :
_____

    This Cause is before the Court upon a civil rights complaint filed by Antonio Dewyane Hill on June 28, 2010, while confined in the St Lucie County Jail. [DE #1]. The plaintiff was ordered to either pay the Clerk's $350.00 filing fee or file a motion to proceed <u>in forma pauperis</u>, on or before August 2, 2010. The plaintiff has failed to comply with the Court's Order.

    Review of the Court' docket indicates that mail sent to the plaintiff at the St. Lucie County Jail, his address of record, was returned to the Court as undeliverable (DE#6). The plaintiff has failed to file an updated address with the Court. It appears that the plaintiff is no longer litigating this case.

    Further, review of the plaintiff's claims reveals that he is attempting to challenge charges and/or conviction in his state criminal case, and seeks release from jail. If a prisoner brings such claims in a civil rights action, the complaint must be dismissed, unless and until, the reason for the confinement has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such a determination, or called into question by a federal court's issuance of a writ of habeas corpus. <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-487 (1994). <u>Heck</u> applies both to actions for monetary

damages and for injunctive relief. <u>Wilkinson v Dotson</u> 125 S.Ct 1242 (2005). Because the plaintiff's confinement has not been remedied by any of the procedures listed in <u>Heck</u>, his claims are not cognizable under §1983.

It is therefore recommended that this complaint be dismissed without prejudice for lack of prosecution. The plaintiff may file an updated address with his objections. However, the plaintiff is cautioned that his claims will most likely be barred by <u>Heck</u>.

It is therefore recommended that this complaint be dismissed without prejudice for lack of prosecution.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida, this 5th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Antonio Dewyane Hill, <u>Pro Se</u>
    Jail #93545
    St Lucie County Jail
    Last Known Address of record