UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22140-CIV-UNGARO

ANTONIO DEWYANE HILL,

    Plaintiff,

v.

JUDGE JAMES McCANIN, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* Complaint pursuant to 42 U.S.C. § 1983, filed on June 28, 2010.  (D.E. 1.)

THE COURT has considered the Complaint and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who on August 6, 2010, issued a Report recommending that Plaintiff's Complaint be dismissed for Plaintiff's lack of prosecution.  (D.E. 7.)   The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, none were filed.

Having conducted a *de novo* review of the record, the Court concurs with the conclusion reached by the Magistrate Judge.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 7) is RATIFIED, ADOPTED, and AFFIRMED.  Plaintiff's Complaint (D.E. 1) is DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED in Chambers, at Miami, Florida this _31st_ day of August, 2010.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT COURT

Copies provided:
Antonio Dewyane Hill, *pro se*
Counsel of record